MANUFACTURERS LIFE INSURANCE COMPANY, A FOREIGN CORPORATION, *v.* THE von HAMM-YOUNG COMPANY, LIMITED, AN HAWAIIAN CORPORATION, HAWAIIAN TRUST COMPANY, LIMITED, AN HAWAIIAN CORPORATION, WALTER J. SNYDER AND MARGUERITE FISHER.

No. 2275.

Filed September 28, 1937.     Decided October 1, 1937.

Coke, C. J., Banks and Peters, JJ.

*Per Curiam.* The von Hamm-Young Company, Limited, one of the above-named respondents, has presented a petition for a rehearing of the above-entitled cause. The petition is without merit and is therefore denied.

*Thompson, Wood & Russell* for the petition.